THE VILLAGE OF HAVERSTRAW, Respondent, *v.* J. ESLER ECKERSON et al., Appellants.

SAME, Respondent, *v.* SAME, Appellants.

*Village of Haverstraw* v. *Eckerson (2 cases)*, 140 App. Div. 896, affirmed.

(Submitted January 18, 1912; decided February 2, 1912.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 17, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain an alleged interference with the lateral support of a village street.

*Abram F. Servin* for appellants.

*William McCauley* and *Alonzo Wheeler* for respondents.

Judgment in each case affirmed, with costs; no opinion.
Concur: CULLEN Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.